IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00976-WYD-KLM

DOROTHY GREEN,

    Plaintiff,

v.

NCC BUSINESS SERVICES, INC., a Florida corporation,,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

This Matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice, filed August 3, 2011, [ECF No. 22].

It is hereby ORDERED that the Stipulation is Approved and the case is Dismissed with Prejudice, each party to pay her or its own costs and fees.

Dated:  August 4, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge